IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OSCAR FLORES, CRISTINA ARROYO, | ) | |
| ASAD M ZAHIRRUDIN, | ) | |
| RAMON GONZALEZ, | ) | |
| ELMER A. LOPEZ, | ) | |
| MOHAMMAD A. MAJID, | ) | |
| ZELALEM BADASA, | ) | |
| CRISTELA BENITEZ, | ) | |
| MARCUS J. SILVER, and | ) | |
| NATHANIEL FREEMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-01565-ABJ |
| | ) | |
| BOBBY ATHANASAKIS, | ) | |
| ELENI ATHANASAKIS, | ) | |
| GEORGIA ATHANASAKIS, | ) | |
| OLGA FRAGKIADAKIS, | ) | |
| MANNY & OLGA'S PIZZA SYSTEMS, INC., | ) | |
| MANNY & OLGAS BETHESDA, INC., | ) | |
| MANNY & OLGAS PIZZA ROCKVILLE, INC., | ) | |
| MANNY & OLGAS PIZZA WHEATON, INC., | ) | |
| MANNY AND OLGA INC., | ) | |
| MANNY AND OLGAS PIZZA H ST NE, INC., | ) | |
| PSILORITIS LLC, | ) | |
| TSURUNAKI LLC, | ) | |
| 3624 GEORGIA AVENUE, INC., | ) | |
| AND EMMANUEL ATHANASAKIS, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs OSCAR FLORES, ET AL hereby dismiss their claims with prejudice, and Defendants BOBBY ATHANASAKIS ET AL,

hereby consent to this Joint Stipulation of Dismissal. There are no claims pending in this action, and the parties hereby request that the Court dismiss this action with prejudice.

                              Respectfully submitted,

                              OSCAR FLORES, et al.,

                                and

                              BOBBY ATHANASAKIS et al.,
                              By Counsel:

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| \_\_/s/_____ | \_\_/s/_____ |
| Thomas F. Hennessy, Esq | Richard W. Lawlor, Esq |
| Virginia Employment and Family Law Office | Washington Harbour |
| 4015 Chain Bridge Road, Suite 6 | 1688 East Gude Drive, Suite 102 |
| Fairfax, VA 22030 | Rockville, MD  20850 |
| 703-865-8836 | 301-340-2400 |
| Email:TH@virginiawage.com | Email: Lawlorlaw@aol.com |

                              \_\_/s/_____

Andrew Cabana, Esq.
LAW OFFICE OF ANDREW CABANA
PC 2121 Eisenhower Ave, Suite 200
Alexandria, VA 22314
703-518-7930
Email: Andrew@acabanalaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of May, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing to:

RICHARD W. LAWLOR, Esq.
Washington Harbour
1688 East Gude Drive, Suite 102
Rockville, MD 20850
301-340-2400/Email: Lawlorlaw@aol.com

ANDREW CABANA, Esq.
LAW OFFICE OF ANDREW CABANA PC
2121 EISENHOWER AVENUE, SUITE 200
ALEXANDRIA, VA 22314
703-518-7930 (PHONE)
Email: andrew@acabanalaw.com
Licensed in VA, MD & DC
www.acabanalaw.com


        _____/s/_____
        Thomas F. Hennessy, Esq.
        4015 Chain Bridge Road, Suite 6
        Fairfax, Virginia 22030
        Tel (703) 865-8836
        Fax (703) 865-7633
        *Counsel for Plaintiffs*